1018

[Nos. 41231-4-II; 41286-1-II.   Division Two.   March 20, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN JAY DOERING, *Appellant*.

*In the Matter of the Personal Restraint of* RYAN JAY DOERING, *Petitioner*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00242-0, Sally F. Olsen, J., entered August 27, 2010, together with a petition for relief from personal restraint. Judgment *affirmed in part, reversed in part*, and *remanded* and petition *dismissed* by unpublished opinion per Worswick, A.C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 41538-1-II.   Division Two.   March 20, 2012.]

MARK DOYLE ET AL., *Respondents*, v. JAMES GOUGHNOUR, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-2-01361-6, Gordon Godfrey, J., entered November 1, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 29507-9-III.   Division Three.   March 20, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY GEORGE BUCKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-01261-1, Cameron Mitchell, J., entered November 4, 2010. *Dismissed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Brown, J.